■ In the Matter of INGE RADON, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 73049.)—Order unanimously modified on the law and as modified affirmed without costs, in accordance with the following memorandum: We recognize that there is a policy of liberal and full disclosure to be applied to discovery requests pursuant to CPLR 3101 (a) (*see, Allen v Crowell-Collier Publ. Co.,* 21 NY2d 403; *Jonmaire v Town of W. Seneca,* 120 AD2d 928; *Wiseman v American Motors Sales Corp.,* 103 AD2d 230, 237; *Klatz v Armor Elevator Co.,* 93 AD2d 633). However, in the circumstances of this case, the court should make an in camera inspection of the

records and determine what portion of the records, if any, is material and necessary to the prosecution of the issues. (Appeal from order of Court of Claims, McMahon, J.—discovery.) Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.